UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GAIL DEAL-HOOD,<br><br>      Plaintiff,<br><br>   v.<br><br>CITY OF EAST ST. LOUIS, ILLINOIS, and ARTHUR JOHNSON, in his individual capacity,<br><br>      Defendants. | Case No. 10-cv-730-JPG-PMF |

### JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice and without costs.

**DATED:** December 27, 2012          NANCY J. ROSENSTENGEL, Clerk of Court
                                                                  s/ Jina Hoyt, Deputy Clerk

**Approved:**     s/J. Phil Gilbert
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**